*Arthur J. W. Hilly, J. Joseph Lilly,* and *Elliot S. Benedict* for respondent.

No. 464. BRINKERHOFF-FARIS TRUST & SAVINGS CO. *v.* HILL, TREASURER. December 2, 1929. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. Roy W. Rucker* for petitioner. *Mr. Lieutellus Cunningham* for respondent. ▮ See *ante,* p. 550.

No. 466. MASSACHUSETTS GASOLINE & OIL CO. *v.* GO GAS CO. ET AL. December 2, 1929. Petition for writ of certiorari to the Superior Court in and for the County of Worcester, Massachusetts, denied. *Mr. Harry M. Welch* for petitioner. *Mr. LaRue Brown* for respondents.

No. 467. FAIRBANKS, MORSE & CO. ET AL. *v.* AMERICAN VALVE & METER CO. ET AL. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Fred L. Chappell* and *Howard M. Cox* for petitioners. *Mr. F. A. Whiteley* for respondents.

No. 471. SAINT PAUL FIRE & MARINE INS. CO. *v.* ELDRACHER ET AL. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. S. H. West* and *Henry Davis* for petitioner. *Mr. Patrick H. Cullen* for respondents.

No. 476. HATMAKER *v.* DRY MILK CO. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James Robinson Hatmaker, pro se,* for petitioner. *Mr. Fritz v. Briessen* for respondent.